B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

## ALASKA

In re  **Jimmy Jan Torre Evangelista and
Deidra  Marie Reyes Evangelista**          ,
*Debtor*

Case No. **A15-00155**_____

Chapter **7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $          0.00 | | |
| B - Personal Property | | | $      6,915.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $      3,818.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $     16,600.99 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $    123,290.23 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $      1,433.48 |
| J - Current Expenditures of Individual Debtors(s) | | | | | $      1,558.42 |
| TOTAL | | 0 | $      6,915.00 | $    143,710.12 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

### ALASKA

In re **Jimmy Jan Torre Evangelista and**
**Deidra  Marie Reyes Evangelista**     ,
*Debtor*

Case No. **A15-00155**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    14,984.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    1,616.99 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    0.00 |
| Student Loan Obligations (from Schedule F) | $    33,165.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    0.00 |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    0.00 |
| TOTAL | $    49,765.99 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $    1,433.48 |
| Average Expenses (from Schedule J, Line 22) | $    1,558.42 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14) | $    4,303.96 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    1,616.99 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0.00 |
| 4.  Total from Schedule F | | $    123,290.23 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    123,290.23 |

B6A (Official Form 6A) (12/07)

In re  **Jimmy Jan Torre Evangelista and Deidra  Marie  
Reyes Evangelista,**_____          Case No.   __A15-00155_____
                          **Debtor**                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | $0.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  **Jimmy Jan Torre Evangelista and Deidra  Marie Reyes**
      **Evangelista,**                                                        Case No.  **A15-00155**
                                    **Debtor**                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | J | $10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo checking acct, -2947 | J | $0.00 |
| | | Wells Fargo savings acct, -4646 | J | $0.00 |
| | | Checking (joint), last four digits are 4497; and savings (wife only) (alst four digits are 4489 accounts | J | $345.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Linens (10.50); computer equipment (150); books (25); personal pictures (-0-) | J | $160.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | J | $400.00 |
| 7. Furs and jewelry. | | Wedding and engagement rings | J | $300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Jimmy Jan Torre Evangelista and Deidra  Marie Reyes
Evangelista,**                                              Case No.    **A15-00155**
_____                            _____
                        **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Jimmy Jan Torre Evangelista and Deidra  Marie Reyes
Evangelista,**                                  Case No.    **A15-00155**
                                     **Debtor**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Honda Civic | J | $3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | PFDs for both spouses | J | $2,000.00 |
| | | Jimmy's accrued wages from Cabela's (est'd) | H | $400.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Jimmy Jan Torre Evangelista and Deidra  Marie Reyes
Evangelista,**                                                        Case No.    **A15-00155**
_____                                 _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
|  |  | Deidra's accrued wages at National Guard (est'd) | W | $300.00 |

<u>3</u> continuation sheets attached        Total ▶                          $6,915.00
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re   **Jimmy Jan Torre Evangelista and Deidra  Marie**
_____**Reyes Evangelista,**_____     Case No.  **A15-00155**_____
Debtor                                                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                         $155,675.*
☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on hand | 11 USC § 522(d)(5) | $10.00 | $10.00 |
| Wells Fargo checking acct, -2947 | 11 USC § 522(d)(5) | $0.00 | $0.00 |
| Wells Fargo savings acct, -4646 | 11 USC § 522(d)(5) | $0.00 | $0.00 |
| Checking (joint), last four digits are 4497; and savings (wife only) (alst four digits are 4489 accounts | 11 USC § 522(d)(5) | $345.00 | $345.00 |
| Linens (10.50); computer equipment (150); books (25); personal pictures (-0-) | 11 USC § 522(d)(3) | $160.00 | $160.00 |
| Clothing | 11 USC § 522(d)(3) | $400.00 | $400.00 |
| Wedding and engagement rings | 11 USC § 522(d)(4) | $300.00 | $300.00 |
| 2001 Honda Civic | 11 USC § 522(d)(2) | $1.00 | $3,000.00 |
| PFDs for both spouses | 11 USC § 522(d)(5) | $2,000.00 | $2,000.00 |
| Jimmy's accrued wages from Cabela's (est'd) | 11 USC § 522(d)(5) | $400.00 | $400.00 |
| Deidra's accrued wages at National Guard (est'd) | 11 USC § 522(d)(5) | $300.00 | $300.00 |

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B 6D (Official Form 6D) (12/07)

In re **Jimmy Jan Torre Evangelista and Deidra  Marie Reyes Evangelista** _____,      Case No. **A15-00155** _____
                                                        Debtor                                                                           (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Affordable Loan Company Re:**<br>**4951 Eagle Street**<br>**Anchorage, AK 99506** | | J | **Purchase-Money Security Interest**<br><br>**2001 Honda Civic**<br><br>VALUE $     **$3,000.00** | | | | **$3,818.90** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| __0__ continuation sheets attached | Subtotal ▶<br>(Total of this page) | $     **3,818.90** | $     **0.00** |
|---|---|---|---|
| | Total ▶<br>(Use only on last page) | $     **3,818.90** | $     **0.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6E (Official Form 6E) (04/13)

In re **Jimmy Jan Torre Evangelista and Deidra  Marie
Reyes Evangelista**
_____,
Debtor

Case No. **A15-00155**
_____
*(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☒ **Domestic Support Obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___**2**___ continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

**Jimmy Jan Torre Evangelista and Deidra**
In re **Marie Reyes Evangelista**                              ,        Case No. **A15-00155**
                    **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** _____ <br><br> **Evangelista, Cheryl** <br> **4940 Flipper Drive** <br> **San Antonio, TX 78238** | | **H** | **Domestic Support Obligation** | | **X** | **X** | **$14,984.00** | **$0.00** | **$0.00** |

**Notes: Jimmy is contesting this amount and claims it should be reduced at least for the time he had the two children and did not receive child support from Cheryl**

| | | |
|---|---|---|
| Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotals▶ <br> (Totals of this page) | $ **14,984.00** | $ **0.00** | **$0.00** |
| | Total▶ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Totals▶ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.

In re **Jimmy Jan Torre Evangelista and Deidra Marie Reyes Evangelista**                ,          Case No. **A15-00155**
_____
**Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. _____ <br><br> **Department of REvenue and Taxation Government of Guam Box 23607 Barrigada, GU 96921** | | H | **State Taxes** | | X | | **$1,616.99** | **$1,616.99** | **$0.00** |
| Notes: Claim for income tax liability for 2011.  Amount taken from Statement of Tax Due On Guam Income Tax Return, dated 4/7/15, assessment date 4/7/15 | | | | | | | | | |

Sheet no. __2__ of __2__ continuation  sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)       $ **1,616.99**  $ **1,616.99**        **$0.00**

Total➤
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)       $ **16,600.99**

Totals➤
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)       $ **1,616.99**  $ **0.00**

B 6F (Official Form 6F) (12/07)

**Jimmy Jan Torre Evangelista and Deidra Marie Reyes**
In re **Evangelista** _____, Case No. **A15-00155** _____
                          Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **A&L Family Auto Sales** <br> **7651 Old Seward Hwy** <br> **Anchorage, AK 99518** | | | ***Creditor unsecured consideration RMC*** | | | | **$1,000.00** |
| **ACCOUNT NO.** <br><br> **Affordable Loan Company** <br> **Re:** <br> **4951 Eagle Street** <br> **Anchorage, AK 99506** | | H | During Feburary, 2015, debtors returned a 2006 Pontiac Montana to this creditor. The balance at the time they returned it was aobut $6000. Debtors expect a deficiency balance after the creditor sells the Pontiac | | | | **$0.00** |
| **ACCOUNT NO.** <br><br> **Alaska Fast Cash** <br> **1731 E. Palmer Wasilla Hwy, Suite 300** <br> **Wasilla, AK 99654** | | H | **Payday loan** | | | | **$450.00** |
| **ACCOUNT NO.** <br><br> **AT&T** <br> **Re:** <br> **Box 6416** <br> **Carols Stream, IL 60197** | | | ***Creditor unsecured consideration RMC*** | | | | **$0.00** |
| **Notes: AT&T bill** | | | | | | | |

Subtotal▶  $  **1,450.00**

__**9**__ continuation sheets attached

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Jimmy Jan Torre Evangelista and Deidra Marie Reyes Evangelista** ,          Case No. **A15-00155**
_____
Debtor                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Capital One Re: 0814 Re: 0814 Box 30285 Salt Lake City, UT 84130-0285** | | H | **Credit Card Charges** | | | | **$652.31** |
| **ACCOUNT NO.** **Cash America 2911 Spenard Road Anchorage, AK 99503** | | H | **Personal Loan** | | | | **$605.00** |
| Additional Contacts for Cash America: **Cash America, Inc., of Alaska 17 Triangle Park Drive Cincinnati, OH 45246** | | | | | | | |
| **ACCOUNT NO.** **Cash America 3920 Mountain View Dr. Anchorage, AK 99501** | | W | **Personal Loan** | | | | **$400.00** |

Sheet no. **1** of **9** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **1,657.31**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Jimmy Jan Torre Evangelista and Deidra Marie Reyes Evangelista** ,  Case No. __A15-00155_____
_____
**Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Charter College Wasilla**<br>**Re: U99227877**<br>**Box 4385**<br>**Englewood, CO 80155-4385** | | W | ***Creditor unsecured consideration RMC*** | | | | **$259.00** |
| Notes: Re Apex Financing | | | | | | | |
| ACCOUNT NO. <br><br>**Chrysler Capital**<br>**Re: 3000 0141 7548 1XXXX**<br>**Box 961275**<br>**Fort Worth, TX** | | | ***Creditor unsecured consideration RMC*** | | | | **$6,878.00** |
| Notes: Deficiency after repo and sale of 2011 Toyota Corolla | | | | | | | |
| ACCOUNT NO. <br><br>**Department Stores National Bank**<br>**Re: 47-979-777-902-1**<br>**Box 183083**<br>**Columbus, OH 43218-3083** | | H | **Credit Card Charges** | | | | **$106.35** |
| Notes: Macy's card | | | | | | | |
| ACCOUNT NO. <br><br>**EOS CCA**<br>**Re: 57019670**<br>**Box 981025**<br>**Boston, MA 02298-1025** | | H | ***Creditor unsecured consideration RMC*** | | | | **$1,025.24** |
| Notes: Collector for AT&T Mobility | | | | | | | |

Sheet no. __2__ of __9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **8,268.59**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Jimmy Jan Torre Evangelista and Deidra
Marie Reyes Evangelista
_____ ,                Case No.  A15-00155 _____
　　　　　　　　Debtor                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **Exchange Credit program** Re: Box 650410 Dallas, TX 75265-0410 | | | ***Creditor unsecured consideration RMC*** | | | | $2,361.22 |
| **Notes: Military Star** | | | | | | | |
| **ACCOUNT NO.** | | | | | | | |
| **Fingerhut** Re: -5748 Box 166 Newton, NJ 07101-0166 | | | **Credit Card Charges** | | | | $16.99 |
| **ACCOUNT NO.** | | | | | | | |
| **Ford Motor Credit Company** Re: 480630000000000000049501779 Dept 194101 Box 55000 Detroit, MI 48255-1941 | | H | | | | | $20,164.56 |
| **Notes: Deficiency balance after repo and sale of 2013 Ford Expedition.  Subject of case no 3PA-15-01447CI** | | | | | | | |
| Additional Contacts for Ford Motor Credit Company: **Suttell, Hammer & White, P.S.** Re: 466580.001 Box C-90006 Bellevue, WA 98009 | | | | | | | |

Sheet no. __3__ of __9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **22,542.77**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Jimmy Jan Torre Evangelista and Deidra Marie Reyes Evangelista** ,      Case No. **A15-00155** _____

    **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **GEICO** <br> **Re: 4301-04-56-49** <br> **One GEICO Plaza** <br> **Bethesda, MD 20810-0001** | | **J** | ***Creditor unsecured consideration RMC*** | | | | **$89.89** |
| Notes: Car insurance | | | | | | | |
| Additional Contacts for GEICO: <br><br> **GEICO Indemnity Co** <br> **Payment Processing Center - 27** <br> **Box 55126** <br> **Boston, MA 02205-5126** <br><br> **Credit Collection Svcs** <br> **Re: 05 0525 09733** <br> **Two Wells Ave.** <br> **Newton, MA 02459** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Guam Marinas Collection** <br> **414 W. Soledad Ave., Ste 601-A GEIC** <br> **Hagatna, Guam 96910** | | **W** | **Medical Services** | | | | **$1,000.00** |
| Notes: Collector for Guam Memorial Hospital | | | | | | | |
| **ACCOUNT NO.** <br><br> **Macy's** <br> **Re:** <br> **Box 8113** <br> **Mason, OH 45040** | | **W** | ***Creditor unsecured consideration RMC*** | | | | **$0.00** |
| Notes: This may be an old bill | | | | | | | |

Sheet no. **4** of **9** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $      **1,089.89**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Jimmy Jan Torre Evangelista and Deidra Marie Reyes Evangelista**_____,    Case No. **A15-00155**_____

**Debtor**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Moneymart**<br>**704 E. Benson Blvd**<br>**Anchorage, AK 99503** | | **W** | **Personal Loan** | | | | **$0.00** |
| **ACCOUNT NO.**<br><br>**Navy FCU**<br>**Re: Overdraft LOC**<br>**Box 3000**<br>**Merrifield, VA 22119-3000** | | **H** | ***\*\*\*Creditor unsecured consideration RMC\*\*\**** | | | | **$3,111.00** |
| Notes: Overdraft Line of Credit | | | | | | | |
| **ACCOUNT NO.**<br><br>**Navy FCU**<br>**Re: 5140 2200 0232 8452**<br>**Box 3000**<br>**Merrifield, VA 22119-3000** | | **H** | **Credit Card Charges** | | | | **$3,891.90** |
| **ACCOUNT NO.**<br><br>**Navy FCU**<br>**Re: -2740**<br>**Box 3000**<br>**Merrifield, VA 22119-3000** | | **W** | **Credit Card Charges** | | | | **$4,745.00** |
| Notes: Visa Signature Cash Rewards | | | | | | | |

Sheet no.__**5**__ of __**9**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $ **11,747.90**

Total▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Jimmy Jan Torre Evangelista and Deidra Marie Reyes Evangelista** ,                  Case No. **A15-00155**
<table>
<tr><td></td><td>**Debtor**</td><td>**(if known)**</td></tr>
</table>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Northland Group, Inc. Box 390846 Minneapolis, MN 55439** | | **H** | ***Creditor unsecured consideration RMC*** | | | | **$25,110.17** |
| Notes: Original creditor is Mitsubishi | | | | | | | |
| **ACCOUNT NO.** <br><br> **PGBA, LLC Re: Tricare South Region Box 7032 Camden, SC 29020-7032** | | **W** | ***Creditor unsecured consideration RMC*** | | | | **$800.00** |
| Additional Contacts for PGBA, LLC: <br><br> **AK Center for Pediatrics, PC 1200 Airport Heights Dr. #140 Anchorage, AK 99508**    **LabCorp Seattle 550 17th Ave. Seattle, WA 98122** <br><br> **Augusta Physician Services, LLC Re: 20635A1459 Box 848264 Boston, MA 02284-8264**    **Medical Park Lab 2211 E Northern Lights Blvd Anchorage, AK 99508** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Professional Debt Mediation Re: 7948 Baymeadows Way, 2nd Fl Jacksonville, FL 32256** | | **H** | ***Creditor unsecured consideration RMC*** | | | | **$1,903.00** |
| Notes: Collector for Forest Oaks Apartments | | | | | | | |

Sheet no. __6__ of __9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **27,813.17**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Jimmy Jan Torre Evangelista and Deidra Marie Reyes Evangelista** ,  Case No.  **A15-00155**
_____
_____

Debtor  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Providence Health & Services Re: 600937963 Box 34272 Seattle, WA 1129.60** | | W | **Medical Services** | | | | **$1,129.60** |
| ACCOUNT NO. **Rock of Ages Daycare & Learning Center Re: #3287 3060 N. Lazy Eight Ct., Ste. 7 Wasilla, AK 99654** | | W | **Daycare services** | | | | **$4,299.00** |
| ACCOUNT NO. **Snap - On Credit, LLC Re: Box 1410 Kenosha, WI 53141-1410** | | H | **\*\*\*Creditor unsecured consideration RMC\*\*\*** | | | | **$5,037.00** |
| **Notes: Jimmy purchased a tool box from this creditor. It would not let him return the tool box.** | | | | | | | |
| ACCOUNT NO. **UNISA / Prospect Education LLC 750 Sandhill Rd., Suite 100 Reno, NV 89521** | | W | **\*\*\*Creditor unsecured consideration RMC\*\*\*** | | | | **$1,760.00** |

Sheet no. **7** of **9** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **12,225.60**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Jimmy Jan Torre Evangelista and Deidra Marie Reyes Evangelista** ,
Debtor

Case No. **A15-00155**
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. US Dept of Education Re: 400 Maryland Ave. SW Washington, DC 20202 | | W | ***Creditor unsecured consideration RMC*** | | | | $33,165.00 |
| ACCOUNT NO. Verizon Wireless Re: 324127545-00001 Box 660108 Dallas, TX 75266-0108 | | W | ***Creditor unsecured consideration RMC*** | | | | $1,230.00 |

Notes: Utilities

Additional Contacts for Verizon Wireless:

Diversified Consultants, Inc.
Re: 23598459
Box 551268
Jacksonville, FL 32255-1268

Convergent
Re: B-57858308
Box 9004
Renton, WA 98057

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Walsh, Robert E. 5710 West IH 10 San Antonio, TX 78201 | | H | General Services | | | | $1,800.00 |

Notes: Jimmy's attorney in Texas who is representing him in child support matters. Davis Law Firm withdrew representation at the start of May, 2015

Sheet no. **8** of **9** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **36,195.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Jimmy Jan Torre Evangelista and Deidra Marie Reyes Evangelista** ,   Case No. **A15-00155**
_____                      _____
**Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Walsh, Robert E.:** <br><br> **Davis Law Firm** <br> **10500 Heritage Blvd., #102** <br> **San Antonio, TX 78216** | | | | | | | |
| ACCOUNT NO. <br><br> **Wells Fargo Bank** <br> **3500 C St.** <br> **Anchorage, AK 99503** | | W | **Overdrawn account** | | | | $300.00 |
| | | | | | | | |
| | | | | | | | |

Sheet no. **9** of **9** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal▶ | $ | **300.00** |
|---|---|---|---|
| | Total▶ <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ | **123,290.23** |

B 6G (Official Form 6G) (12/07)

In re  **Jimmy Jan Torre Evangelista and Deidra  Marie Reyes**
_____**Evangelista,**_____   Case No.  **A15-00155**_____
                              **Debtor**                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re **Jimmy Jan Torre Evangelista and Deidra  Marie Reyes
Evangelista,**                                                Case No.  **A15-00155**
_____          _____
                              **Debtor**                                                                  **(if known)**

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Fill in this information to identify your case:**

Debtor 1    **Jimmy Jan Torre Evangelista**
                First Name           Middle Name              Last Name

Debtor 2    **Deidra  Marie Reyes Evangelista**
(Spouse, if filing) First Name       Middle Name              Last Name

United States Bankruptcy Court for: **Alaska**

Case number   **A15-00155**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
   chapter 13 income as of the following date:
   _____
   MM / DD / YYYY

Official Form B 6I
# Schedule I: Your Income
                                                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| Occupation | | **Lead Maintenance** | _____ |
| Employer's name | | **Cabela's** | _____ |
| Employer's address | | **155 W. 104th Ave.**<br>Number   Street | _____<br>Number   Street |
| | | _____ | _____ |
| | | **Anchorage, AK 99515**<br>City       State   ZIP Code | _____<br>City       State   ZIP Code |
| How long employed there? | | **DOH= 2/6/14** | _____ |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **2,032.46** | $ _____ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ **0.00** | + $ _____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ **2,032.46** | $ **0.00** |

Debtor 1  **Jimmy Jan Torre Evangelista**

First Name   Middle Name   Last Name      Case number (if known)  **A15-00155**

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|

Copy line 4 here ........................................................➔ 4.   $ **2,032.46**    $ **0.00**

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ **259.26** | $ |
| 5b. | Mandatory contributions for retirement plans | 5b. $ **0.00** | $ |
| 5c. | Voluntary contributions for retirement plans | 5c. $ **60.97** | $ |
| 5d. | Required repayments of retirement fund loans | 5d. $ **0.00** | $ |
| 5e. | Insurance | 5e. $ **0.00** | $ |
| 5f. | Domestic support obligations | 5f. $ **892.41** | $ |
| 5g. | Union dues | 5g. $ **0.00** | $ |
| 5h. | Other deductions. Specify: _____ | 5h. + $ **56.34** | + $ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.   $ **1,268.98**    $ **0.00**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ **763.48**    $ **0.00**

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income. Specify:  See Attachment 1** | 8h. + $ **85.00** | + $ **585.00** |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ **85.00**    $ **585.00**

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ **848.48**  +  $ **585.00**  =  $ **1,433.48**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.   12.   $ **1,433.48**
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☐ Yes. Explain:

# Addendum

**Attachment 1**

**Description: Automated Logistical Specialist, AK Nat'l Guard.  Commitment is one weekend/month**
**Debtor's Amount: $0.00**
**Spouse's Amount: $500.00**

**Description: 2015 PFD**
**Debtor's Amount: $85.00**
**Spouse's Amount: $0.00**

**Description: 2015 PFD**
**Debtor's Amount: $0.00**
**Spouse's Amount: $85.00**

**Attachment 2: Additional Notes**

**Jimmy pays child support for two children from his prior marriage.  The divorce was in Florida and ex-wife now lives in Texas with the two children.  Jimmy had hired counsel in Texas to seek to lower current child support, and reduce child support arrears at least for the period of time that he had custody of these two children.   Unfortunately, this Texas counsel has withdrawn from the case.**

**Jimmy's payroll details taken from paycheck dated March 6, 2015, in the gross amount of $938.06**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jimmy Jan Torre Evangelista** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Deidra  Marie Reyes Evangelista** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for : | **Alaska** | | |
| Case number | **A15-00155** | | |
| (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

☐ No.  Go to line 2.
☒ Yes. **Does Debtor 2 live in a separate household?**

☒ No
☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☒ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Jeremiah E.  (son)** | **2** | ☐ No  ☒ Yes |
| **Jonaven B. (step-son)** | **6** | ☐ No  ☒ Yes |
| **Javen B (step-son)** | **8** | ☐ No  ☒ Yes |
| **Jathan B.  (step-son)** | **11** | ☐ No  ☒ Yes |
| **Dalaine E (daughter)** | **1** | ☐ No  ☒ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☐ No
☐ Yes

**See Attachment 1**

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ **0.00** |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $ **0.00** |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ **0.00** |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ **0.00** |
| 4d.  Homeowner's association or condominium dues | 4d. | $ **0.00** |

Debtor 1    **Jimmy Jan Torre Evangelista**
First Name    Middle Name    Last Name

Case number *(if known)* **A15-00155**

|  | | | Your expenses |
|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.    $ **0.00**

6. **Utilities:**

6a.    Electricity, heat, natural gas    6a.    $ **0.00**

6b.    Water, sewer, garbage collection    6b.    $ **0.00**

6c.    Telephone, cell phone, Internet, satellite, and cable services    6c.    $ **0.00**

6d.    Other. Specify: __**Cellular**__    6d.    $ **60.00**

7. **Food and housekeeping supplies**    7.    $ **350.00**

8. **Childcare and children's education costs**    8.    $ **0.00**

9. **Clothing, laundry, and dry cleaning**    9.    $ **50.00**

10. **Personal care products and services**    10.    $ **100.00**

11. **Medical and dental expenses**    11.    $ **0.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.    12.    $ **420.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $ **40.00**

14. **Charitable contributions and religious donations**    14.    $ **0.00**

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

15a.    Life insurance    15a.    $ **100.00**

15b.    Health insurance    15b.    $ **0.00**

15c.    Vehicle insurance    15c.    $ **206.42**

15d.    Other insurance. Specify: _____    15d.    $ **0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16.    $ **0.00**

17. **Installment or lease payments:**

17a.    Car payments for Vehicle 1    17a.    $ **0.00**

17b.    Car payments for Vehicle 2    17b.    $ **0.00**

17c.    Other. Specify: __**Honda Civic payment**__    17c.    $ **232.00**

17d.    Other. Specify: _____    17d.    $ _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
    from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).**    18.    $ **0.00**

19. **Other payments you make to support others who do not live with you.**
    Specify: _____    19.    $ **0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

20a.    Mortgages on other property    20a.    $ **0.00**

20b.    Real estate taxes    20b.    $ **0.00**

20c.    Property, homeowner's, or renter's insurance    20c.    $ **0.00**

20d.    Maintenance, repair, and upkeep expenses    20d.    $ **0.00**

20e.    Homeowner's association or condominium dues    20e.    $ **0.00**

Debtor 1    **Jimmy Jan Torre Evangelista**                                    Case number *(if known)* **A15-00155**
            First Name    Middle Name    Last Name

21. **Other**. Specify: _____        21.    + $ **0.00**

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                      22.    $ **1,558.42**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $ **1,433.48**

    23b. Copy your monthly expenses from line 22 above.                       23b.  − $ **1,558.42**

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                            23c.    $ **-124.94**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☐ Yes.    Explain here:

# Addendum

**Attachment 1**

    **Relationship: Damari E. (daughter)**
    **Age: 1**
    **This dependent lives with debtor.**
    **Relationship: Jaden B. (step-son)**
    **Age: 9**
    **This dependent lives with debtor.**

**Attachment 2: Additional Notes**

    **Debtors stay with Jimmy's cousin to save rent, utility expense and food.  Debtors get food stamps.**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Jimmy Jan Torre Evangelista and Deidra Marie
Reyes Evangelista** _____ ,    Case No. **A15-00155** _____
      **Debtor**                                                                                  **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __31__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 5, 2015** _____          Signature: **s/Jimmy Jan Torre Evangelista** _____
                                                                             **Jimmy Jan Torre Evangelista** Debtor

Date **June 5, 2015** _____          Signature: **s/Deidra  Marie Reyes Evangelista** _____
                                                                             **Deidra  Marie Reyes Evangelista** (Joint Debtor, if any)

                                                                  [If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                                         Social Security No.
of Bankruptcy Petition Preparer                                                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
 Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;*
*18 U.S.C. § 156.*
-----------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                                        Signature: _____

                                                                      _____
                                                                       [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-----------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## ALASKA

In re: Jimmy Jan Torre Evangelista and Deidra  Marie
 Reyes Evangelista                                  Case No  A15-00155
 _____                        _____
                Debtor                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of
the debtor's business, including part-time activities either as an employee or in independent trade or business, from the
beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the
**two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on
the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates
of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing
under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**Debtor:**

Current Year (2015):
$10,395.29                                Cabela's as of 5/23/15

Previous Year 1 (2014):
$26,891.32                                Cabela's as of 12/20/14

Previous Year 2 (2013):
$12,500.00                                Firestone Tire (est'd)
$3,000.00                                 Dept of Corrections, State of Georgia (est'd)

**Joint Debtor:**

Current Year (2015):
$7,688.00                                 RIM Architects as of 3/15/15 (last day of work)
$2,127.98                                 AK Nat'l Guard as of 6/1/15
$0.00                                     N/A

Previous Year 1 (2014):
$3,670.98                                 AK Nat'l Guard as of 12/23/14
$10,203.75                                RIM Architects as of 12/15/14
$0.00                                     N/A

Previous Year 2 (2013):
$11,022.00                                Regular Army (basic training), Georgia National Guard

**2. Income other than from employment or operation of business**

None

State the amount of income received by the debtor other than from employment, trade, profession, operation of the

☐    debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| Debtor: | | |
| Current Year (2015): | | |
| Previous Year 1 (2014): | | |
| Previous Year 2 (2013): | | |
| Joint Debtor: | | |
| Current Year (2015): | | |
| Previous Year 1 (2014): | | |
| Previous Year 2 (2013): | $3,476.00 | Unemployment compensation |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐    a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor: | | | |
| Affordable Loan Company<br>Re:<br>4951 Eagle Street<br>Anchorage, AK 99506 | Three regular monthly payments of $232 on Honda Civic | $696.00 | $3,818.90 |
| Joint Debtor: | | | |

None
☒    b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor:<br>In re Cheryl and Jimmy Evangelista<br>Case Number: 09-DR-021334 | Divorce | Circuit Court of 13th Judicial Circuit Hillsborough County, Florida | Final Judgment entered 3/25/10 |
| Ford Motor Company LLC vs. Jimmy J. Evnagelista<br>Case Number: 3PA-15-01447CI | Debt | District Court Palmer. Alaska | Complaint served on debtor during May, 2015 |
| Cash America, Inc., of Alaska vs. Jimmy Evangelista<br>Case Number: 3AN-15-1933SC | Debt | Small Claims court Anchorage | Pending |
| Alaska Fast Cash LLC 2 vs. Himmy Jun Torres Evangelista<br>Case Number: 3PA-15-193SC | Debt | Small Claims court Palmer | Pending |
| Joint Debtor:<br>N/A | | | |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS                                                    DESCRIPTION

| OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | AND VALUE<br>OF PROPERTY |
| --- | --- | --- |

---

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
| --- | --- | --- |
| Debtor:<br>Affordable Loan Co<br>4951 Eagle St<br>Anchorage, AK 99503 | Returned to vendor during February,<br>2015 | 2006 Pontiac Montana<br>Value: |
| Joint Debtor:<br>N/A | | |

---

### 6. Assignments and receiverships

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
| --- | --- | --- |

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
| --- | --- | --- | --- |

---

### 7. Gifts

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless

the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Debtor:<br>Affordable Loan Co<br>4951 Eagle St<br>Anchorage, Alaska 99503<br>Relationship to Debtor: None | \*\*\*Transfer dtr two yr transfer date RTE\*\*\* | Debtors traded in a 2004 GMC Yukon for a 2006 Pontiac Montana Value: $0.00 |
| Unknown name<br>\*\*\*Transfer dtr two years transferee address RTE\*\*\*<br><br>Relationship to Debtor: None | \*\*\*Transfer dtr two yr transfer date RTE\*\*\* | Snap - On tool box Value: $800.00 |

Joint Debtor:

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☒      List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS                DESCRIPTION AND
OF OWNER                        VALUE OF PROPERTY              LOCATION OF PROPERTY

---

**15. Prior address of debtor**

None
☐      If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises
       which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is
       filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Debtor:<br>5908 Goodwin Ave., Unit D<br>JBER, AK 99506 | Same | ***Debtor prior residence occupance dates RTE*** |
| Joint Debtor:<br>3834 N Inspiration Loop<br>Wasilla, AK 99654-1262 | Same | ***Joint debtor prior residence occupance dates RTE*** |

---

**16. Spouses and Former Spouses**

None
☒      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
       California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
       immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
       any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous
material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒      a. List the name and address of every site for which the debtor has received notice in writing by a governmental
       unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the
       governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☒  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☒

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                      DATES SERVICES RENDERED

None
☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                              ADDRESS

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

### 20. Inventories

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DOLLAR AMOUNT
OF INVENTORY
(Specify cost, market or other
basis)

DATE OF INVENTORY              INVENTORY SUPERVISOR

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  |  |
|---|---|
| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22. Former partners, officers, directors and shareholders**

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  June 5, 2015 _____   Signature
                                             of Debtor        s/Jimmy Jan Torre Evangelista _____

                                             Signature of
                                             Joint Debtor
Date  June 5, 2015 _____   (if any)        s/Deidra  Marie Reyes Evangelista _____

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## ALASKA

In re   Jimmy Jan Torre Evangelista and Deidra
     Marie Reyes Evangelista                   Case No.   A15-00155
        Debtor                                Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A –** Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> Affordable Loan Company | **Describe Property Securing Debt**: <br> 2001 Honda Civic |

Property will be *(check one)*:
    ☐ Surrendered         ☒ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☒ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☒ Claimed as exempt       ☐ Not claimed as exempt

**PART B –** Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  June 5, 2015 _____    s/Jimmy Jan Torre Evangelista _____
                                                Signature of Debtor

                                             s/Deidra  Marie Reyes Evangelista _____
                                               Signature of Joint Debtor

B 203
(12/94)

# United States Bankruptcy Court

### ALASKA

**In re**

**Jimmy Jan Torre Evangelista and Deidra  Marie Reyes Evangelista**

Case No.   **A15-00155**

**Debtor**

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

2. The source of the compensation paid to me was:

   [X] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor          [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~ ----------------

e. [Other provisions as needed]

**I am providing legal services for free pursuant to ALSC pro bono bankruptcy**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Adversary proceedings**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

**June 5, 2015**                          _____
_____                      **s/PaulW.Paslay**
*Date*                                     **Paul W. Paslay**
                                           *Signature of Attorney*

                                           _____
                                           **Paslay Law Office**
                                           *Name of law firm*

---

FB 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **<u>before</u>** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

<u>Chapter 7</u>: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1,167 filing fee, $550 administrative fee: Total fee $1,717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT

_____ ALASKA _____

In re **Jimmy Jan Torre Evangelista and Deidra  Marie Reyes
Evangelista**

_____

Debtor

Case No. **A15-00155**_____

Chapter **7**_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

X_____

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

_____
Social Security number (If the bankruptcy petition
preparer is not an individual, state the Social Security
number of the officer, principal, responsible person, or
partner of the bankruptcy petition preparer.)  (Required
by 11 U.S.C. § 110.)

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Jimmy Jan Torre Evangelista and Deidra  Marie
Reyes Evangelista**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) **A15-00155**_____

X **s/Jimmy Jan Torre Evangelista June 5, 2015**
_____
Signature of Debtor                          Date

X **s/Deidra  Marie Reyes Evangelista June 5, 2015**
_____
Signature of Joint Debtor (if any)            Date

_____

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

**Fill in this information to identify your case:**

Debtor 1 **Jimmy Jan Torre Evangelista**
First Name        Middle Name        Last Name

Debtor 2 **Deidra  Marie Reyes Evangelista**
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for: _____ **ALASKA** _____
(State)

Case number **A15-00155**
(If known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 22A—1

# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

| **Part 1:** | **Calculate Your Current Monthly Income** |
|---|---|

**1. What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☒ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

    ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

    ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A* <br> Debtor 1 | *Column B* <br> Debtor 2 or non-filing spouse |
|---|---|---|
| **2. Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ **2,058.69** | $ **2,245.27** |
| **3. Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ **0.00** | $ **0.00** |
| **4. All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ **0.00** | $ **0.00** |

**5. Net income from operating a business, profession or farm**

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $ **0.00** | |
| Ordinary and necessary operating expenses | – $ **0.00** | |
| Net monthly income from a business, profession, or farm | $ **0.00** Copy here➔ | $ **0.00**    $ **0.00** |

**6. Net income from rental and other real property**

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $ **0.00** | |
| Ordinary and necessary operating expenses | – $ **0.00** | |
| Net monthly income from rental or other real property | $ **0.00** Copy here➔ | $ **0.00**    $ **0.00** |

| **7. Interest, dividends, and royalties** | $ **0.00** | $ **0.00** |
|---|---|---|

Debtor 1    **Jimmy Jan Torre Evangelista**      Case number *(if known)* **A15-00155**
First Name    Middle Name    Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .......................... ↓

For you ..................................................................   $_____

For your spouse..........................................................   $_____

| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ 0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | |
|---|---|---|
| 10a. **None** | $_____ | $ 0.00 |
| 10b. _____ | $_____ | $_____ |
| 10c. Total amounts from separate pages, if any. | +$ 0.00 | +$ 0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **2,058.69** + $ **2,245.27** = $ **4,303.96**
                                                                             Total current monthly income

**Part 2:    Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a.   Copy your total current monthly income from line 11.............................................. **Copy line 11 here➜** 12a.   $ **4,303.96**

Multiply by 12 (the number of months in a year).             **x 12**

12b.   The result is your annual income for this part of the form.     12b.   $ **51,647.52**

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.          **Alaska**

Fill in the number of people in your household.       **9**

Fill in the median family income for your state and size of household. ................................................................13.   $ **127,335.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☒   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
Go to Part 3 and fill out Form 22A–2.

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**✗**   **s/Jimmy Jan Torre Evangelista**        **✗**   **s/Deidra  Marie Reyes Evangelista**
Signature of Debtor 1                                        Signature of Debtor 2

Date **06/05/2015**                                Date **06/05/2015**
MM / DD  / YYYY                                                 MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.